**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSE ANTONIO HERNANDEZ MORA,**<br>**Petitioner,**<br><br>**v.**<br><br>**ANGEL GARITE**, *in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.*,<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00282-DB** |

**ORDER**

On February 6, 2026, this Court issued a "Memorandum Opinion and Order," ECF No. 5, granting in part Petitioner Jose Antonio Hernandez Mora's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or Order to Show Cause Within 3 Days," ECF No. 1, filed on February 2, 2026. On February 10, 2026, Petitioner's Counsel advised the Court Petitioner was released from custody on February 7, 2026, and no further action or hearings are required. ECF No. 7 at 2. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **10th** day of **February 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**